AB:JPM/JH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MOAYAD HEIDER MOHAMMAD ALDAIRI,

          Defendant.

- - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF REMOVAL TO THE WESTERN DISTRICT OF TEXAS

(Fed. R. Crim. P. 5)

No. 18-M-693

EASTERN DISTRICT OF NEW YORK, SS:

      HAROLDO AMORIM, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, duly appointed according to law and acting as such.

      On or about May 29, 2018, an arrest warrant was issued by the United States District Court for the Western District of Texas commanding the arrest of the defendant MOAYAD HEIDER MOHAMMAD ALDAIRI in connection with the criminal complaint that charges defendant with Conspiracy to Bring an Alien to the United States for Financial Gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.     On or about May 29, 2018, an arrest warrant was issued by the United States District Court for the Western District of Texas commanding the arrest of defendant MOAYAD HEIDER MOHAMMAD ALDAIRI in connection with the criminal complaint that charges defendant with Conspiracy to Bring an Alien to the United States for Financial Gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(i), and 1324(a)(1)(B)(i).  A copy of the arrest warrant and criminal complaint are attached hereto as Exhibit A.

2.     I am one of the case agents involved in the underlying investigation. On or about July 28, 2018, I arrested the defendant MOAYAD HEIDER MOHAMMAD ALDAIRI at John F. Kennedy International Airport ("JFK Airport") in Queens, New York. The defendant arrived at JFK aboard an international flight from London, England.  I reviewed a passport that was provided by the defendant that included a photograph of the defendant and listed a name of Moayad Heider Mohammad Aldairi.  During the arrest, the defendant affirmatively identified himself by the name Moayad Heider Mohammad Aldairi.

3.     During the investigation, I have obtained a photograph of the individual wanted in the Western District of Texas.  I have compared that photograph to the defendant MOAYAD HEIDER MOHAMMAD ALDAIRI, and I believe that the defendant is the same person wanted in the Western District of Texas.

WHEREFORE, your deponent respectfully requests that the defendant MOAYAD HEIDER MOHAMMAD ALDAIRI be removed to the United States District Court for the Western District of Texas so that he may be dealt with according to law.

S/ Haroldo Amorim
_____
HAROLDO AMORIM
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
30th day of July, 2018

S/ Marilyn D. Go
_____
THE HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# **EXHIBIT A**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Moayad Heider Mohammad ALDAIRI | ) Case No. DR18-641M |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED
MAY 29 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

COPY

RECEIVED U.S. MARSHALS WTX-DEL RIO 2018 MAY 29 PM 1:04

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Moayad Heider Mohammad ALDAIRI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  See attached affidavit for details

A true copy of the original, I certify.
Clerk, U.S. District Court

By:_____
Deputy Clerk

Date: 05/29/2018                                                    _____
                                                                    *Issuing officer's signature*

City and state: Del Rio, Texas                          Collis White, United States Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                      _____
                                                        *Arresting officer's signature*

                                                        _____
                                                        *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Moayad Heider Mohammad ALDAIRI

Case No. DR18-641M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Jul 1, 2017 through Dec 12, 2017 in the county of Maverick in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1324 (a)(1)(A)(v)(I), 1324(a)(1)(A)(i), & (B)(i) Conspiracy to Bring an Alien to the United States for Financial Gain | Any person who engages in any conspiracy to, knowing that a person is an alien, bring or attempt to bring, for the purpose of commerical advantage or private financial gain, to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such alien. |

This criminal complaint is based on these facts:

See attached affidavit for details.

☑ Continued on the attached sheet.

*Complainant's signature*

Haroldo Amorim, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/29/2018

*Judge's signature*

City and state: Del Rio, Texas

Collis White, United States Magistrate Judge
*Printed name and title*

[Stamp: FILED MAY 29 2018 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK]

[Stamp: A true copy of the original, I certify. Clerk, U.S. District Court By: Deputy Clerk]

# United States District Court

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Moayad Heider MOHAMMAD ALDAIRI

CASE NO. DR18-641M

### AFFIDAVIT

On this date appeared before the following agent, who, after being duly sworn, deposed and said: In the captioned case,

1. Hamzah Ayedh Hazaea AL-HAMIDI, DOB 11/03/1991 (Citizen of Yemen)
2. Abdulrahman Ahmed Ali MANSOOR, DOB 02/14/1983 (Citizen of Yemen)
3. Hamood AL-SAKSAKI, DOB 01/01/1973 (Citizen of Yemen)
4. Mohammed AL-HUTHAIFI, DOB 01/01/1992 (Citizen of Yemen)
5. Bassam Alawi Saleh AL-AWADHIAL, DOB 11/05/1976 (Citizen of Yemen)
6. Rashed Samer AL-DUMAINI, DOB: 01/01/1992 (Citizen of Yemen)

Are material witnesses for the prosecution in a pending criminal investigation of the above-named individuals who are suspected of committing a violation of certain immigration laws. These witnesses are not citizens of the United States and are illegally present within the United States. Should they be left to their own devices and return home, they are not subject to extradition under Yemini law and it will be impracticable to secure their presence at such time as necessary for the disposition of the criminal matter.

Haroldo Amorim
Special Agent
Homeland Security Investigations
U.S. Department of Homeland Security

SUBSCRIBED and sworn to before me this 29th day of May 2018.

UNITED STATES MAGISTRATE JUDGE
Collis White

In view of the above affidavit, it is requested of the United States Magistrate Judge and the witnesses named in the affidavit be required to make bail in such an amount as the United States Magistrate Judge should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be remanded to the custody of the United States Marshals pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

UNITED STATES ATTORNEY

By: _____ T. Krogh
Assistant U.S. Attorney

It is ORDERED on this _____ day of _____, 2018, that the above witnesses who were brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $_____. The witnesses shall be released, if in custody, ____ days from the date of this order.

UNITED STATES MAGISTRATE JUDGE

# AFFIDAVIT FOR AN ARREST WARRANT

From on or about July 1, 2017 to December 12, 2017, Moayad Heider Mohammad ALDAIRI, a citizen of Jordan and legal resident of Mexico, conspired with others to smuggle Special Interest Aliens (SIA) into the United States from Mexico. Between October 31, 2017 and December 12, 2017, six (6) citizens of Yemen crossed illegally into the United States from Mexico thorough Eagle Pass, TX. The HSI interviews with the six (6) detained Yemenis revealed that each of them paid ALDAIRI varying amounts to be smuggled into the United States from Mexico. All six (6) Yemenis positively identified ALDAIRI from a six-pack photo lineup as the person who smuggled them into the United States from Mexico.